UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| JOHN E HARPER and SHIRLEY ANN HARPER, ) ) ) Plaintiffs, ) ) vs. ) ) J & E LOGISTICS, LLC and RUBEN D. REYES, ) ) Defendants. ) | Cause No. 2:19-cv-4073<br><br>Boone County Circuit Court No.<br>19BA-CV00841 |

## *JOINT NOTICE OF REMOVAL*

COME NOW Defendants J&E Logistics, LLC, and Ruben D. Reyes-Reyes (improperly named as Ruben D. Reyes), by and through the undersigned counsel, pursuant to 28 U.S.C. § 1446(b), and file this Notice of Removal to the United States District Court for the Western District of Missouri, Central District, and for grounds of this Notice of Removal, state:

1. The above-entitled action filed and now pending in the Circuit Court of Franklin County, Missouri, involves Plaintiffs, who reside in Missouri respectively, and Defendants, a foreign corporation and an individual, both residing in the State of Kentucky. (*See* Plaintiffs' Complaint, attached hereto and incorporated as Exhibit 1).

2. Defendants were served Plaintiffs' Complaint on March 15, 2019 and March 13, 2019, respectively.

3. As required by 28 U.S.C. § 1446(b), Defendants' Notice of Removal is filed in this Court within thirty (30) days after the receipt by Defendants of a copy of Plaintiffs' Complaint in said action, setting forth a claim for relief upon which said action is based, which was served upon Defendants.

4. The United States District Court for the Western District of Missouri has diversity jurisdiction over this case because the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

5. Therefore, pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over Plaintiffs' cause of action as complete diversity exists, authorizing removal to this Court pursuant to 28 U.S.C. § 1446(b).

6. As Plaintiffs' Complaint was originally filed in Boone County, Missouri, removal to this judicial district and division is appropriate pursuant to 28 U.S.C. § 1441(a).

7. This Court has supplemental jurisdiction over all claims contained within Plaintiffs' Complaint, pursuant to 28 U.S.C. § 1367, because said claims arise between the same parties and out of the same controversy which serves as the basis of Plaintiffs' claims.

8. Furthermore, as required by 28 U.S.C. § 1446(a), Defendants attach a copy of all process, pleadings, and orders served upon Defendants in said action, attached hereto as Exhibit 2.

9. Contemporaneously with the filing of this Notice of Removal, and pursuant to 28 U.S.C. § 1446(d), Defendants are filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Boone County, Missouri, and is serving a copy on counsel for Plaintiffs.

WHEREFORE, Defendants pray this Honorable Court accept jurisdiction of said action.

/s/ Steven J. Hughes
Steven J. Hughes   #38968
Joseph M. Hoffman   #67360
HUGHES LAWYERS, LLC
Attorneys for Defendants
1314 So. 18th Street
St. Louis, Missouri  63104
(314) 328-5770
Email:  steve@hugheslawyersllc.com
Email:  joe@hugheslawyersllc.com

I hereby certify that a copy of the foregoing filed electronically with the Clerk of the Court this 11th day of April 2019 to be served by operation of the Court's electronic filing system upon the following or U.S. mail for parties not registered with CM/ECF, on this 11th day of April 2019: **Mr. R. Thomas Avery**, Attorney for Plaintiffs, 120 S. Central Ave., Suite 1500, St. Louis, Missouri 63105; Email: rtavery@bbdlc.com.

                                                  /s/ Steven J. Hughes